02-11-100-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00100-CV

 

 


 
 
 In re Jeffrey K. Brooks
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that it has no jurisdiction over the requested relief.  Tex. Code Crim.
Proc. Ann. art. 11.07, ' 5 (Vernon Supp. 2010);[2]
Tex. Gov’t Code Ann. ' 22.221 (Vernon 2004). 
Accordingly, relator’s petition for writ of mandamus is dismissed for want of
jurisdiction.

 

PER CURIAM

 

PANEL: 
GARDNER, DAUPHINOT, and MEIER, JJ.

 

DELIVERED: 
March 31, 2011









[1]See
Tex. R. App. P. 47.4, 52.8(d).





[2]See
In re McAfee, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig.
proceeding) (providing that applicant may seek 11.07 mandamus relief only from
Court of Criminal Appeals).